IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEROME GREER-EL, #185535, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:08cv1013-MEF |
| ) | |
| WARDEN CULLIVER, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On May 28, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 27). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and that the petition for habeas corpus relief is DISMISSED without prejudice to afford petitioner an opportunity to exhaust all available state court remedies.

Done this the 22nd day of June, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE