IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEROME GREER-EL, #185535,       )
                                )
            Petitioner,         )
                                )
    v.                          )       CIVIL ACTION NO. 3:08cv1013-MEF
                                )
WARDEN CULLIVER, et al.,        )
                                )
            Respondents.        )

# **O R D E R**

On May 28, 2009, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 27).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is

ADOPTED and that the petition for habeas corpus relief is DISMISSED without prejudice

to afford petitioner an opportunity to exhaust all available state court remedies.

DONE this the 28th day of July, 2009.

                              /s/ Mark E. Fuller
_____
                        CHIEF UNITED STATES DISTRICT JUDGE